M.D. Appeal Dkt.
33 MAP 2019

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL BERG, INDIVIDUALLY AND AS      :    No. 569 MAL 2018
THE EXECUTOR OF THE ESTATE OF       :
SHARON BERG A/K/A SHERYL BERG,      :
                                        :    Petition for Allowance of Appeal from
           Petitioner        :    the Order of the Superior Court
                                        :
                                        :
                v.                     :
                                        :
                                        :
NATIONWIDE MUTUAL INSURANCE        :
COMPANY, INC.,                          :
                                        :
           Respondent       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of March, 2019, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all

remaining issues. The issues, as stated by petitioner, are:

      a. [D]oes an appellate court abuse its discretion by reweighing and
disregarding clear and convincing evidence introduced in the trial court
upon which the trial court relied to enter a finding of insurance bad faith?

      b. [D]id the Superior Court abuse its discretion by reweighing and
disregarding clear and competent evidence upon which the trial court relied
to support its finding of insurance bad faith [pursuant to the standard set
forth in *Rancosky v. Washington Nat'l Ins Co.*, 170 A.3d 364 (Pa. 2017)]?

      c. Does an insurer that elects under an insurance contract to repair
collision damage to a motor vehicle, rather than pay the insured the fair
value of the loss directly, have a duty to return the motor vehicle to its
insured in a safe and serviceable condition pursuant to national insurance
standards, and pursuant to its duty of good faith and fair dealing?

      Justice Donohue did not participate in the consideration or decision of this
matter.